UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRENDA OLSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  5:15-cv-03854-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In order to allow the parties additional time to finalize settlement agreements and file dismissals, the Case Management Conference scheduled for January 21, 2016, is CONTINUED to **10:00 a.m. on March 3, 2016**. The parties shall file an updated Joint Case Management Conference Statement on or before **February 25, 2016**.

**IT IS SO ORDERED.**

Dated:  January 19, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge